UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ZARI JERDON,

    Plaintiff,

vs.

IVELISE DAVILA, *et al*.,

    Defendants.

Case No. 3:20-cv-55

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

___

**ORDER: (1) GRANTING PLAINTIFF'S MOTION FOR A CONTINUANCE (DOC. 4); AND (2) EXTENDING PLAINTIFF'S DEADLINE TO SHOW CAUSE UNTIL MAY 22, 2020**

___

This civil case is before the Court on *pro se* Plaintiff's motion to continue for 21 days his deadline for showing cause as ordered by the Court on March 13, 2020. Docs. 3, 4. For good cause shown, *pro se* Plaintiff's motion to continue (doc. 4) is **GRANTED**. In light of the stay-at-home order issued by Ohio Governor Mike DeWine that remains in effect until May 1, 2020, the undersigned, in the interest of justice, will give Plaintiff a longer extension than he requested in his motion. Accordingly, Plaintiff's deadline for showing cause is extended until **May 22, 2020**.

    **IT IS SO ORDERED.**


Date:   April 3, 2020                              s/ Michael J. Newman
                                                                    Michael J. Newman
                                                                    United States Magistrate Judge