IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ZURI JERDON, | : | |
| Plaintiff, | | |
| | | Case No. 3:20-cv-55 |
| v. | : | |
| | | JUDGE WALTER H. RICE |
| IVELISE DAVILA, *et al.*, | | |
| Defendants. | : | |

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #7);
DISMISSING CASE WITHOUT PREJUDICE TO REFILING IN A
COURT OF COMPETENT JURISDICTION; NO SERVICE OF PROCESS
TO ISSUE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS
AND AGAINST PLAINTIFF; TERMINATION ENTRY

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman in his Report and Recommendations, Doc. #7, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing. Although Plaintiff was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Because this Court lacks jurisdiction over Plaintiff's claims, the Complaint is DISMISSED WITHOUT PREJUDICE to refiling in a Court of competent jurisdiction. No service of process shall be issued.

Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 1, 2020

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE